UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 2:03CR64 |
|---|---|---|
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| 8)ANTONIO GARCIA GONZALES | ) | |
| 9)CRISOFORD BENITEZ HERNANDEZ | ) | |

**THIS MATTER** is before the Court on the Government's motion to dismiss the indictment herein as to the captioned Defendants without prejudice.

For cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion to dismiss is **ALLOWED**, and the indictment is hereby **DISMISSED WITHOUT PREJUDICE** as to the Defendants Antonio Garcia Gonzales and Crisoford Benitez Hernandez only.

The Clerk is directed to transit this Order electronically to the United States Attorney, the United States Probation Office and the United States Marshal.

Signed: October 2, 2007

Lacy H. Thornburg
United States District Judge